**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
                    (State)

Case number (if known): 16-_____   Chapter 11

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | DACCO Transmission Parts (NY), Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

65-1199519

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7350        Young Drive | |
| Number     Street | Number     Street |
| | |
| Walton Hills      Ohio      44146 | |
| City          State      ZIP Code | City          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cuyahoga County, Ohio | See Attachment A |
| County | Number     Street |
| | |
| | City          State      ZIP Code |

**5. Debtor's website** (URL)    http://www.transtarholding.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    DACCO Transmission Parts (NY), Inc.                                    Case number (if known) 16-
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/
4231

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51 D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____ When _____ Case number _____
                                                   MM / DD / YYYY

                District _____ When _____ Case number _____
                                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor  See Attachment A _____ Relationship  Affiliate _____

        District  Southern District of New York _____ When  Date Hereof _____
                                                                  MM / DD / YYYY

        Case number, if known  Pending _____

Debtor    DACCO Transmission Parts (NY), Inc.    Case number *(if known)* 16-
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors***

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets***

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   DACCO Transmission Parts (NY), Inc.   Case number *(if known)* 16-
Name

---

| | | |
|---|---|---|
| **16. Estimated liabilities\*** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

\* Information provided on a consolidated basis, and based on financial statements as of October 31, 2016.

---

### ▋ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/20/2016
                        MM / DD / YYYY

✗ /s/ Joseph Santangelo                              Joseph Santangelo
Signature of authorized representative of debtor      Printed name

Title   Authorized Signatory

---

**18. Signature of attorney**

✗ /s/ Rachel C. Strickland                           Date   11/20/2016
Signature of authorized representative of debtor      MM / DD / YYYY

Rachel C. Strickland
Printed name

Willkie Farr & Gallagher LLP
Firm name

787            Seventh Avenue
Number        Street

New York                                             NY          10019
City                                                 State       ZIP Code

(212) 728-8000                                       rstrickland@willkie.com
Contact phone                                        Email address

2964294                                              NY
Bar number                                           State

---

## ATTACHMENT A TO VOLUNTARY PETITION

**1.   Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

Concurrently herewith, each of the affiliated entities listed below, including the Debtor filing this petition (collectively, the "**Debtors**"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

| | |
|---|---|
| ABC Transmission Parts Warehouse, Inc. | DACCO/Detroit of Minnesota, Inc. |
| Alma Products I, Inc. | DACCO/Detroit of Missouri, Inc. |
| Atco Products, Inc. | DACCO/Detroit of New Jersey, Inc. |
| Axiom Automotive Holdings Corporation | DACCO/Detroit of Ohio, Inc. |
| Axiom Automotive Technologies, Inc. | DACCO/Detroit of Oklahoma, Inc. |
| Axiom Technologies Holding Corp., Inc. | DACCO/Detroit of Pennsylvania, Inc. |
| DACCO, Incorporated | DACCO/Detroit of South Carolina, Inc. |
| DACCO Transmission Parts (CA), Inc. | DACCO/Detroit of Texas, Inc. |
| DACCO Transmission Parts (CO), Inc. | DACCO/Detroit of Virginia, Inc. |
| DACCO Transmission Parts (LA), Inc. | DACCO/Detroit of West Virginia, Inc. |
| DACCO Transmission Parts (NC), Inc. | DACCO/Detroit of Wisconsin, Inc. |
| DACCO Transmission Parts (NJ), Inc. | DIY Transmission Parts, LLC |
| DACCO Transmission Parts (NM), Inc. | ETX Holdings, Inc. |
| DACCO Transmission Parts (NY), Inc. | ETX Transmissions, Inc. |
| DACCO/Detroit of Alabama, Inc. | ETX, Inc. |
| DACCO/Detroit of Arizona, Inc. | Michigan Equipment Corporation |
| DACCO/Detroit of Chattanooga, Inc. | Nashville Transmission Parts, Inc. |
| DACCO/Detroit of Florida, Inc. | Speedstar Holding Corporation |
| DACCO/Detroit of Georgia, Inc. | Transtar Autobody Technologies, Inc. |
| DACCO/Detroit of Indiana, Inc. | Transtar Group, Inc. |
| DACCO/Detroit of Kentucky, Inc. | Transtar Holding Company |
| DACCO/Detroit of Maryland, Inc. | Transtar Industries, Inc. |
| DACCO/Detroit of Memphis, Inc. | Transtar International, Inc. |
| DACCO/Detroit of Michigan, Inc. | |

Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that this Court consolidate their chapter 11 cases for procedural purposes only.

## 2.   Location of the Debtors' Principal Assets (on a Consolidated Basis)

| | | |
|---|---|---|
| Alma Products I, Inc.<br>2000 Michigan Avenue<br>Alma, MI 48801 | Alma Products I, Inc.<br>725 E. Superior Street<br>Alma, MI 48801 | Alma Products I, Inc.<br>6655 Jerome Road<br>Alma, MI 48801 |
| Alma Products I, Inc.<br>150 N. Court Avenue<br>Alma, MI 48801 | Alma Products I, Inc.<br>140-200 Williams Road<br>Alma, MI 48801 | Atco Products, Inc.<br>601 Interstate 45 S.<br>Ferris, TX 75125 |
| Axiom Automotive<br>Technologies, Inc.<br>3543 Lamar Avenue<br>Memphis, TN 38118 | DACCO, Incorporated<br>1903 Bowser Road<br>Cookeville, TN 38506 | DACCO, Incorporated<br>741 Dacco Drive<br>Cookeville, TN 38506 |
| Transtar Autobody<br>Technologies<br>2040 Heiserman Drive<br>Brighton, MI 48114 | Transtar Industries, Inc.<br>501 County Road 30<br>Florence, AL 35634 | Transtar Industries, Inc.<br>2917 3rd Avenue<br>South Birmingham, AL 35233 |
| Transtar Industries, Inc.<br>4523 W. 65th Street<br>Little Rock, AR 72209 | Transtar Industries, Inc.<br>145 W. Juanita Avenue,<br>Suite 4<br>Mesa, AZ 85210 | Transtar Industries, Inc.<br>4530 N. 43rd Avenue<br>Phoenix, AZ 85031 |
| Transtar Industries, Inc.<br>3139 S. Dodge Boulevard<br>Tucson, AZ 85713 | Transtar Industries, Inc.<br>1112 N. Marshall Avenue<br>El Cajon, CA 92020 | Transtar Industries, Inc.<br>5391 E. Home Avenue<br>Fresno, CA 93727 |
| Transtar Industries, Inc.<br>1006 W. Hoover Avenue<br>Orange, CA 92867 | Transtar Industries, Inc.<br>12250 E. 4th Street<br>Rancho Cucamonga, CA 91730 | Transtar Industries, Inc.<br>725 Rivera Street<br>Riverside, CA 92501 |
| Transtar Industries, Inc.<br>4350 Raley Boulevard,<br>Suite 400<br>Sacramento, CA 95838 | Transtar Industries, Inc.<br>434 Perrymont Avenue<br>San Jose, CA 95125 | Transtar Industries, Inc.<br>1987 Davis Street<br>San Leandro, CA 94577 |
| Transtar Industries, Inc.<br>15010 Calvert Street<br>Van Nuys, CA 91411 | Transtar Industries, Inc.<br>12330 E. 46th Avenue,<br>Suite 700<br>Denver, CO 80239 | Transtar Industries, Inc.<br>472 W. McNab Road<br>Fort Lauderdale, FL 33309 |
| Transtar Industries, Inc.<br>1057 Ellis Road N.<br>Jacksonville, FL 32254 | Transtar Industries, Inc.<br>600-3 Suemac Road<br>Jacksonville, FL 32254 | Transtar Industries, Inc.<br>4290 Seaboard Road<br>Orlando, FL 32808 |

| | | |
|---|---|---|
| Transtar Industries, Inc.<br>9900-D N. Palafox Street,<br>Unit C<br>Pensacola, FL 32534 | Transtar Industries, Inc.<br>9220 Palm River Road,<br>Suite 104<br>Tampa, FL 33619 | Transtar Industries, Inc.<br>5125 Rio Vista Avenue<br>Tampa, FL 33634 |
| Transtar Industries, Inc.<br>3810 Lake Street<br>Macon, GA 31204 | Transtar Industries, Inc.<br>5755 Goshen Springs Road,<br>Suite A<br>Norcross, GA 30071 | Transtar Industries, Inc.<br>2801 W. Idaho Street<br>Boise, ID 83702 |
| Transtar Industries, Inc.<br>780 W. Belden Avenue,<br>Suite G<br>Addison, IL 60101 | Transtar Industries, Inc.<br>514 W. Merrill Street,<br>Unit B<br>Indianapolis, IN 46225 | Transtar Industries, Inc.<br>3899 Produce Road<br>Louisville, KY 40218 |
| Transtar Industries, Inc.<br>1528-30 River Oaks Road W.<br>New Orleans, LA 70123 | Transtar Industries, Inc.<br>1611 N. Market Street<br>Shreveport, LA 71107 | Transtar Industries, Inc.<br>3 Polito Drive<br>Shrewsbury, MA 01545 |
| Transtar Industries, Inc.<br>6405 Ammendale Road,<br>Unit C<br>Beltsville, MD 20705 | Transtar Industries, Inc.<br>3514 S. Saginaw Street<br>Flint, MI 48503 | Transtar Industries, Inc.<br>2915 Prairie Street S.W.<br>Grandville, MI 49418 |
| Transtar Industries, Inc.<br>654 E. 10 Mile Road<br>Hazel Park, MI 48030 | Transtar Industries, Inc.<br>290 University Drive<br>Pontiac, MI 48342 | Transtar Industries, Inc.<br>3900 Jackson Street N.E.,<br>Suite 150<br>Minneapolis, MN 55421 |
| Transtar Industries, Inc.<br>4605 World Parkway Circle<br>Berkley, MO 63134 | Transtar Industries, Inc.<br>1651 N. Topping Avenue<br>Kansas City, MO 64120 | Transtar Industries, Inc.<br>1840 N. Topping Avenue<br>Kansas City, MO 64120 |
| Transtar Industries, Inc.<br>1316 Atando Avenue<br>Charlotte, NC 28206 | Transtar Industries, Inc.<br>350 Dixon Street<br>Lexington, NC 27292 | Transtar Industries, Inc.<br>1029 N. West Street<br>Raleigh, NC 27603 |
| Transtar Industries, Inc.<br>7 Raymond Avenue,<br>Unit 1-2<br>Salem, NH 03079 | Transtar Industries, Inc.<br>330 Campus Drive<br>Edison, NJ 08837 | Transtar Industries, Inc.<br>2415 Phoenix Avenue N.E.<br>Albuquerque, NM 87107 |
| Transtar Industries, Inc.<br>125 Newtown Road, Suite 400<br>Plainview, NY 11803 | Transtar Industries, Inc.<br>5 Marway Circle,<br>Suite 12<br>Rochester, NY 14624 | Transtar Industries, Inc.<br>1200 Century Circle N.<br>Cincinnati, OH 45246 |

| | | |
|---|---|---|
| Transstar Industries, Inc.<br>3316 Refugee Road<br>Columbus, OH 43232 | Transtar Industries, Inc.<br>6110 Merger Drive<br>Holland, OH 43528 | Transtar Industries, Inc.<br>7350 Young Drive<br>Walton Hills, OH 44146 |
| Transtar Industries, Inc.<br>101 N. Robinson Avenue,<br>Suite 700<br>Oklahoma City, OK 73102 | Transtar Industries, Inc.<br>204 N. Robinson Avenue,<br>Suite 710<br>Oklahoma City, OK 73102 | Transtar Industries, Inc.<br>404 S. Eagle Lane<br>Oklahoma City, OK 73128 |
| Transtar Industries, Inc.<br>1804B N.E. Argyle Street<br>Portland, OR 97211 | Transtar Industries, Inc.<br>1814 N.E. Argyle Street<br>Portland, OR 97211 | Transtar Industries, Inc.<br>1900 N.E. Argyle Street<br>Portland, OR 97211 |
| Transtar Industries, Inc.<br>451 E. Ross Street<br>Lancaster, PA 17602 | Transtar Industries, Inc.<br>3913 Nebraska Street<br>Newportville, PA 19056 | Transtar Industries, Inc.<br>6550 Hamilton Avenue<br>Pittsburgh, PA 15206 |
| Transtar Industries, Inc.<br>718 S. Edisto Avenue<br>Columbia, SC 29205 | Transtar Industries, Inc.<br>2622 Texas Avenue<br>Knoxville, KY 37921 | Transtar Industries, Inc.<br>2689 Longate Drive<br>Memphis, TN 38132 |
| Transtar Industries, Inc.<br>210 N. 1st Street<br>Nashville, TN 37213 | Transtar Industries, Inc.<br>3710 Vulcan Drive<br>Nashville, TN 37211 | Transtar Industries, Inc.<br>293 Industrial Park Road<br>Piney Flats, TN 37686 |
| Transtar Industries, Inc.<br>3015 Industrial Terrace<br>Austin, TX 78758 | Transtar Industries, Inc.<br>1231 Security Drive<br>Dallas, TX 75247 | Transtar Industries, Inc.<br>2425 Irving Boulevard<br>Dallas, TX 75207 |
| Transtar Industries, Inc.<br>2504 Weaver Street<br>Ft. Worth, TX 76117 | Transtar Industries, Inc.<br>3202 Harrisburg Boulevard<br>Houston, TX 77003 | Transtar Industries, Inc.<br>1339 S. Brazos Street<br>San Antonio, TX 78207 |
| Transtar Industries, Inc.<br>1218 Texas Boulevard<br>Texarkana, TX 75501 | Transtar Industries, Inc.<br>1713 Milam Street<br>Texarkana, TX 75501 | Transtar Industries, Inc.<br>3006 Franklin Avenue<br>Waco, TX 76710 |
| Transtar Industries, Inc.<br>3472 W. 2100 S. Street<br>Salt Lake City, UT 84119 | Transtar Industries, Inc.<br>4840 Brookside Court<br>Norfolk, VA 23502 | Transtar Industries, Inc.<br>5016 Byrd Industrial Drive<br>Richmond, VA 23231 |

| Transstar Industries, Inc.<br>1399 Air Rail Avenue<br>Virginia Beach, VA 23455 | Transtar Industries, Inc.<br>22435 76th Avenue<br>Kent, WA 98032 | Transtar Industries, Inc.<br>5015 208th Street S.W.,<br>Unit 6<br>Lynnwood, WA 98036 |
| --- | --- | --- |
| Transtar Industries, Inc.<br>314 N. Crestline Street<br>Spokane, WA 99202 | Transtar Industries, Inc.<br>3655 N. 126th Street,<br>Unit F<br>Milwaukee, WI 53005 | Transtar Industries, Inc.<br>5518 MacCorkle Avenue S.W.<br>South Charleston, WV 25309 |

## OMNIBUS WRITTEN CONSENT

### OF

## THE BOARD OF DIRECTORS

### OF

## THE ENTITIES LISTED IN SCHEDULE I HERETO

### November 20, 2016

The undersigned, constituting all of the members of the Board of Directors (the "Board") of each entity listed in Schedule I hereto (each entity, a "Company" and together, the "Companies"), hereby consent, pursuant to the relevant law, to the adoption of the resolutions set forth below, effective as of the date set forth above unless otherwise indicated below:

**WHEREAS**, as a result of the financial condition of the Companies, the Board has engaged counsel and financial advisors to provide advice to the Companies regarding their obligations to their creditors, equity holders, employees and other interested parties;

**WHEREAS**, the Board has reviewed and considered, among other things, the advice of its counsel and financial advisors and has considered the options available to the Companies, and has determined that, in its judgment, it is advisable and in the best interests of the Companies, their creditors, equity holders, employees and other interested parties that each Company voluntarily files a petition (each, a "Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, as of November 13, 2016, the Companies entered into that certain Restructuring Support Agreement, by and among Speedstar Holding Corporation and certain of its subsidiaries (including each Company) and those certain signatories thereto (as amended, the "Restructuring Support Agreement"), which provides, *inter alia*, that the Companies shall consummate a restructuring transaction through the filing of prepackaged chapter 11 bankruptcy cases; and

**WHEREAS**, after consultation with its counsel and financial advisors, the Board believes that it is advisable and in the best interests of the Companies to enter into and obtain loans pursuant to the DIP Credit Agreement (as defined herein) and to consummate the transactions contemplated thereby.

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by each Company of its Petition, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), substantially in the form previously presented to the Board is hereby approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that each of the officers of the Companies, including any president, vice president, chairman, managing director, executive vice president, chief executive officer,

chief financial officer, treasurer, secretary or assistant secretary (each of the foregoing, individually, an "Authorized Officer" and, together, the "Authorized Officers") be and they hereby are authorized, empowered and directed to execute and file a Petition on behalf of each Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Companies, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations, affidavits and other papers as required to accompany the Petitions or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the Petitions or the Companies' chapter 11 cases, with a view to the successful prosecution of such cases; and it is further

RESOLVED, that the Companies are authorized to employ the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, New York 10019, as bankruptcy counsel to render legal services to, and to represent, the Companies in their chapter 11 cases and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

RESOLVED, that the Companies are authorized to employ FTI Consulting, Inc., located at 2001 Ross Avenue, Suite 300, Dallas, TX 75201, as restructuring and financial advisors for the Companies in their chapter 11 cases, subject to Bankruptcy Court approval; and it is further

RESOLVED, that the Companies are authorized to employ Ducera Partners LLC, located at 499 Park Avenue, New York, NY 10022, as financial advisors and investment banker for the Companies in their chapter 11 cases, subject to Bankruptcy Court approval; and it is further

RESOLVED, that the Companies are authorized to employ Prime Clerk LLC, located at 830 Third Avenue, New York, NY 10022, as claims, noticing, and solicitation agent for the Companies in their chapter 11 cases, subject to Bankruptcy Court approval; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to retain on behalf of the Companies such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Companies in connection with their chapter 11 cases and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name of each Company, to cause each Company to, as applicable, enter into, execute and deliver all documents and take all actions necessary, proper or desirable to consummate the transactions contemplated by, (i) the Restructuring Support Agreement, (ii) that certain Joint Prepackaged Plan of Reorganization for Speedstar Holding Corporation, Transtar Holding Company and Their Affiliated Debtors, substantially in the form previously presented to the Board (the "Prepackaged Plan"), and (iii) that certain Solicitation and Disclosure Statement for Speedstar Holding Corporation, Transtar Holding Company and Their Affiliated Debtors, substantially in the form previously presented to the Board, and to effectuate the foregoing, cause each Company to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements, and all other documents, agreements, or instruments as may be deemed necessary or appropriate by the Authorized Officers or otherwise described in or contemplated by the Restructuring Support Agreement or the Prepackaged Plan; and it is further

**RESOLVED**, that the form, terms and provisions of (i) that certain Debtor-in-Possession Credit Agreement (the "DIP Credit Agreement"), by and among Speedstar Holding Corporation, Transtar Holding Company, the lenders from time to time party thereto and Silver Point Finance, LLC, as administrative agent and as collateral agent (the "DIP Agent"), substantially in the form presented to the Board, with such changes therein and additions thereto as the Authorized Officers executing the same shall approve, the execution thereof by an Authorized Officer to be deemed conclusive evidence of such approval, whereby the lenders party thereto agree to extend loans to the Companies and (ii) the other Loan Documents (as hereinafter defined), including, without limitation, any exhibits, appendices and schedules thereto, all transactions contemplated thereby and all actions taken by the Authorized Officers in connection therewith be, and hereby are, authorized, approved and ratified in all respects with such modifications, changes, additions and deletions thereto as may be approved or deemed necessary, desirable, convenient, advisable or appropriate by an Authorized Officer executing the same, the execution thereof by such Authorized Officer to be conclusive evidence of such approval, necessity, desirability, convenience, advisability or appropriateness; and be it further

**RESOLVED**, that the execution and delivery of the DIP Credit Agreement and the other Loan Documents, and the performance by the Companies of their obligations thereunder, including the granting, ratification or reaffirmation of any security interest, mortgage or lien, or the provision of any guarantee, as applicable, in each case, as contemplated by or in connection with the DIP Credit Agreement and the other Loan Documents, hereby are expressly authorized, adopted, confirmed, ratified and approved, and such approval is intended to and shall constitute all authorization and approval required by the Board; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized to execute, deliver and perform, or cause to be executed, delivered and performed, as applicable from time to time, in the name of and on behalf of the Companies, the DIP Credit Agreement and various other documents, agreements, instruments, questionnaires, papers or writings, as such Authorized Officer determines are necessary, convenient, advisable, appropriate or desirable to effect execution, delivery and performance of the DIP Credit

- 3 -

Agreement and the transactions contemplated thereunder as intended by these resolutions, including but not limited to, any UCC financing statements and other instruments, stock powers, bond powers, unit powers, powers of attorney, side letters, notary letters, allonges, waivers, documents, certificates, consents, assignments, notices, affidavits, certificates of officers (including secretary's certificates) and other certificates, control agreements, intellectual property grants, guarantees, pledge agreements and other pledge documents, security agreements and other security documents, ratification agreements and agreements contemplated thereby or executed and delivered in connection therewith (collectively, the "Loan Documents"), in each case, with such changes, additions, modifications, and terms as the Authorized Officers executing the Loan Documents shall approve, with such Authorized Officer's execution thereof to be deemed conclusive evidence of such approval, and in each case and in connection therewith, with all amendments, amendments and restatements, supplements, renewals, extensions, modifications, substitutions and replacements thereof and each other agreement now existing or hereafter created providing collateral security for payment or performance of the obligations thereunder; and it is further

RESOLVED, that each of the Authorized Officers are hereby authorized, directed and empowered, for and on behalf of and in the name of the Companies to assign, hypothecate, set over, grant security interests in or grant a continuing security interest in, mortgage or pledge any or all of the assets and properties of the Companies, real, personal or mixed, tangible or intangible, now owned or hereafter acquired, and all proceeds of the foregoing, to the DIP Agent as security for the obligations under the DIP Credit Agreement and the other Loan Documents; and it is further

RESOLVED, that to the extent that the approval of any of the Companies in its capacity as a stockholder, shareholder, equity holder, managing member, sole member, general partner, limited partner or member of any person is required for any of the Companies or any such other person to execute, deliver and perform any of its obligations (including the grant of a lien on its assets) under the DIP Credit Agreement or the other Loan Documents, the Companies hereby consent thereto; and it is further

RESOLVED, that each of the Authorized Officers is authorized to make, execute, file and deliver any and all consents, certificates, documents, instruments, amendments, papers or writings as may be required in connection with or in furtherance of any of the foregoing, and to do any and all other acts necessary or desirable to effectuate the foregoing resolutions, the execution and delivery thereof by such Authorized Officer(s) to be deemed conclusive evidence of the approval by the Companies of the terms, provisions and conditions thereof; and it is further

RESOLVED, that any and all past actions heretofore lawfully taken by any officers, directors, members or any authorized persons acting under similar authority, as the case may be, of the Companies in the name and on behalf of the Companies in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed, adopted and approved in all respects; and it is further

- 4 -

## **OMNIBUS RESOLUTION**

**RESOLVED FURTHER**, that the proper officers of the Companies be, and each of them hereby is, authorized and directed, in the name and on behalf of the Companies, to do and perform all such further acts and things, to execute and/or deliver, and, where necessary or appropriate, file with the appropriate governmental authorities, all such certificates, agreements, documents, instruments, instruments of transfer, receipts and other papers, and to make all such payments and to pay all such taxes and assessments, as any one or more of them, in their sole discretion, shall approve or deem to be necessary or appropriate in order to carry out, comply with and effectuate the reorganization of the Companies, the foregoing resolutions and the transactions contemplated thereby, the taking of such actions to be conclusive evidence of the necessity or appropriateness thereof.

*[Signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned directors of each Company have duly executed this Omnibus Written Consent as of the date first written above.


/s/ Rajat Duggal
Rajat Duggal

/s/ John Tudor
John Tudor

## Schedule I

ABC TRANSMISSION PARTS WAREHOUSE, INC.
ALMA PRODUCTS I, INC.
ATCO PRODUCTS, INC.
DACCO/DETROIT OF ALABAMA, INC.
DACCO/DETROIT OF ARIZONA, INC.
DACCO/DETROIT OF CHATTANOOGA, INC.
DACCO/DETROIT OF FLORIDA, INC.
DACCO/DETROIT OF GEORGIA, INC.
DACCO/DETROIT OF INDIANA, INC.
DACCO/DETROIT OF KENTUCKY, INC.
DACCO/DETROIT OF MARYLAND, INC.
DACCO/DETROIT OF MEMPHIS, INC.
DACCO/DETROIT OF MICHIGAN, INC.
DACCO/DETROIT OF MINNESOTA, INC.
DACCO/DETROIT OF MISSOURI, INC.
DACCO/DETROIT OF NEW JERSEY, INC.
DACCO/DETROIT OF OHIO, INC.
DACCO/DETROIT OF OKLAHOMA, INC.
DACCO/DETROIT OF PENNSYLVANIA, INC.
DACCO/DETROIT OF SOUTH CAROLINA, INC.
DACCO/DETROIT OF TEXAS, INC.
DACCO/DETROIT OF VIRGINIA, INC.
DACCO/DETROIT OF WEST VIRGINIA, INC.
DACCO/DETROIT OF WISCONSIN, INC.
DACCO, INCORPORATED
DACCO TRANSMISSION PARTS (CA), INC.
DACCO TRANSMISSION PARTS (CO), INC.
DACCO TRANSMISSION PARTS (LA), INC.
DACCO TRANSMISSION PARTS (NC), INC.
DACCO TRANSMISSION PARTS (NJ), INC.
DACCO TRANSMISSION PARTS (NM), INC.
DACCO TRANSMISSION PARTS (NY), INC.
ETX, INC.
ETX TRANSMISSIONS, INC.
MICHIGAN EQUIPMENT CORPORATION
NASHVILLE TRANSMISSION PARTS, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re                                                   :   Chapter 11
                                                        :
DACCO Transmission Parts (NY), Inc.,                    :   Case No. 16-_____ (    )
                                                        :
                        Debtor.                         :
----------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 50 LARGEST UNSECURED CLAIMS

     Set forth below is the list of creditors that hold, based upon information presently available and belief, the fifty largest unsecured claims against DACCO Transmission Parts (NY), Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**").  This list has been prepared based upon the books and records of the Debtors.  The Top 50 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.  The Top 50 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the fifty (50) largest unsecured claims.  The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors.  The information presented herein, including, without limitation: (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff; or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

[List appears on next page]

<table>
<tr><td colspan="2">

**Fill in this information to identify the case and this filing:**

Debtor Name <u>DACCO Transmission Parts (NY), Inc., et al.</u>

United States Bankruptcy Court for the: <u>Southern</u> District of <u>New York</u>
(State)

Case number (*If known*): 16-<u>            </u>

</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders[1]                     12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim[2] If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|
| | | | Total claim, if partially secured[3] | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Cortland Capital Market Services LLC 21 W. 46th Street, Suite 1110 New York, NY 10036 and Cortland Capital Market Services LLC c/o Latham & Watkins LLP 330 N. Wabash Avenue Suite 2800 Chicago, IL 60611 | Attn: Chris Capezuti, Director Tel.: 917-979-2772 Email: chris.capezuti@cortlandglobal.com and Attn: Richard A. Levy, Esq. and Matthew L. Warren, Esq. Tel.: 312-876-7700 Email: richard.levy@lw.com and matthew.warren@lw.com | Debt | | | $170,000,000.00 |
| 2. Alma Pension Liability 151 Maddox-Simpson Parkway Lebanon, TN 37090 and Alma Pension Liability 503 N. Euclid Avenue Bay City, MI 48706-2965 | Attn: Tim Smith, International Representative Tel.: 615-443-7654 Email: t.smith@uaw.net and Attn: William L. Laney, Jr., USW Staff Representative Email: blaney@usw.org | Pension | | | $17,027,320.00 |

---

[1]     The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.
[2]     These claim amounts are as of November 6, 2016 and represent maximum potential liabilities as of such date.  Actual amounts owed, if any, may be significantly lower.
[3]     This list does not include any claims for which security has been granted, regardless of whether the claims may be undersecured.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim²  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured³ | Deduction for value of collateral or setoff | Unsecured claim |
| 3. | Ford Component Sales 290 Town Center Drive Suite 1000 Dearborn, MI 48126 | Attn:  Thad Bostwick, Executive Director, Sales Tel.: 313-390-3860 Email: tbostwic@ford.com | Trade | | | $4,331,641.00 |
| 4. | Borg Warner Automotive 700 25th Avenue Bellwood, IL 60104 | Attn: Tom Hardies, Business Development Tel.: 708-203-3356 Email: thardies@borgwarner.com | Trade | | | $2,518,950.00 |
| 5. | Sunny Bright Enterprise Co., Ltd. No. 220, 38th Road Industrial Zone Taichung Taichung, Taiwan 40768 | Attn: Catherine Liu, Sales Tel.: +04 235-873-19 Email: catherine@sunupmaster.com.tw | Trade | | | $1,768,402.000 |
| 6. | Shinsei Automotive Industry Co., Ltd. 1-11 Oyodo Minami 3-Chome Kita Ku Osaka, Japan 531-0075 | Attn:  Kazumi Shibata, Managing Director Tel.: +06 645-118-21 Email:  saico@shinseiauto.com | Trade | | | $1,548,662.00 |
| 7. | ACDelco – Chicago 6200 Grand Point Drive Grand Blanc, MI 48439 | Attn: Kurt W. Pursche, Customer Care and Aftersales Tel.: 810-606-3759 Email: kurt.pursche@gm.com | Trade | | | $1,360,306.00 |
| 8. | Tsang Yow Industrial No. 18, Chung-Shan Road Minhsiung Industrial Park Chia-Yi County, Taiwan 62154 | Attn:  Vicky Yang, Account Representative Tel.: +886 522-008-88 Email: vicky@tsangyow.com.tw | Trade | | | $1,078,960.00 |
| 9. | Rostra Precision Controls, Incorporated 2519 Dana Drive Laurinburg, NC 28352 | Attn:  Tom Eibel, Vice President – Powertrain Division Tel.:  910-291-2500 Email:  teibel@rostra.com | Trade | | | $1,008,349.00 |
| 10. | Sonnax Industries, Incorporated 1 Automatic Drive Bellows Falls, VT 05101 | Attn:  Seth Baldasaro, Director, Strategic Accounts Tel.:  802-463-0380 Email:  sdb@sonnax.com | Trade | | | $949,955.00 |
| 11. | ATC – Drive Train 9901 W. Reno Oklahoma City, OK 73127 | Attn:  Greg Jaegar, Business Developer Tel.:  405-577-9819 Email:  greg.jaegar@atcdt.com | Trade | | | $864,279.00 |
| 12. | Brunswick Automart 3041 Center Road Brunswick, OH 44212 | Attn:  Eric Avondet, Wholesale Parts Manager Tel.:  330-460-7080 Email: bam.eric@gmail.com | Trade | | | $689,695.00 |
| 13. | TransGo d/b/a Transco 2621 Merced Avenue El Monte, CA 91733 | Attn:  David Hardin, Owner Tel.:  626-443-7451 Email: transgoeast@sbcglobal.net | Trade | | | $575,247.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim² If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured³ | Deduction for value of collateral or setoff | Unsecured claim |
| 14. | Filtran, LLC 875 Seegers Road Des Plains, IL 60016 | Attn:  Erwin van Boven, Vice President, Sales & Marketing Tel.:  847-635-3830 Email: erwin.vanboven@filtranllc.com | Trade | | | $512,375.00 |
| 15. | Buffalo Engine Component 1824 Fillmore Avenue Buffalo, NY 14214 | Attn:  Jason Pellitieri, Owner/Partner Tel.:  716-893-2661 Email: jason@buffaloengine.com | Trade | | | $454,286.00 |
| 16. | Custom Made Components, Inc. 8F, No. 168, Section 1, Central N. Road Peitou District Taipei, Taiwan | Attn:  Paul Chan, Manager Tel.:  +886 228-948-299 Email:  plc.com@msa.hinet.net | Trade | | | $443,422.00 |
| 17. | Freudenberg-NOK d/b/a Transtec 21 Golf View Lane N. Olmstead, OH 44070 | Attn:  John Galloway, Sales Manager, Transmission Tel.:  216-533-3403 Email:  jgg@fnst.com | Trade | | | $435,485.00 |
| 18. | United Parcel Service 6940 Eagle Road Middleburg Heights, OH 44130 | Attn:  Rodd Rottman, Director, Enterprise Account Sales Tel.:  440-742-8319 Email:  rottman.rodd@ups.com | Logistic Services | | | $404,598.00 |
| 19. | Concept Paints Lot 40, Charles Street St. Marys, NSW 2760 Australia | Attn:  Joe Kaltoum, Director Tel.:  +61 296-732-555 Email: joe.k@conceptpaints.com.au | Trade | | | $385,535.00 |
| 20. | Victory Packaging 3555 Timmons Lane Houston, TX 77027 | Attn:  Ed Franza, National Account Manager Tel.:  214-957-9003 Email: efranza@victorypackaging.com | Trade | | | $359,291.00 |
| 21. | H & A Transmissions, Inc. 8727 Rochester Avenue Rancho Cucamonga, CA 91730 | Attn:  Gil Dickason, President/CEO Tel.:  909-941-9020 Email:  gilhna@msn.com | Trade | | | $346,121.00 |
| 22. | Dorman Products 1019 Harvin Way Suite 150 Rockledge, FL 32955 | Attn:  Joe Wright, National Sales Manager, Specialty Tel.:  215-712-5580 Email: jwright@dormanproducts.com | Trade | | | $346,088.00 |
| 23. | EXEDY Globalparts Corporation 8601 Haggerty Road S. Belleville, MI 48111-1607 | Attn:  Mark McGowan, Senior Operations Manager Tel.:  734-397-6613 Email: mmcgowan@exedyusa.com | Trade | | | $337,574.00 |
| 24. | Samgong Gear Ind. Co., Ltd. 64, Aenggogae-ro 654 beon-gil (741-4, Gojan-dong) Namdong-gu, Inchon, Korea | Attn:  Darby Yoon, Customer Service Representative Tel.:  +82 (32) 821-3030 Email:  yoon@samgong.co.kr | Trade | | | $320,186.00 |
| 25. | Linesoon Industrial Co. No. 466 Chung Shang Road Shi Kang Hsiang | Attn:  Alice Lin, Sales Manager Tel.:  +886 679-619-29 x111 | Trade | | | $313,273.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim² If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|
| | | | Total claim, if partially secured³ | Deduction for value of collateral or setoff | Unsecured claim |
| Tainan Shien Taiwan R.O.C. | Email: alice_lin@linesoon.com.tw | | | | |
| 26. Moveras 22 Northwestern Drive Salem, NH 03079 | Attn: John Cutter, Vice President, Operations Tel.: 603-894-9228 Email: jcutter@moveras.com | Trade | | | $309,622.00 |
| 27. Sung Yong High-Tech Co., Ltd. 322-9, Ongjeong-ri, Tongjin-eup, Gimpo-si, Gyeonggi-do, Korea | Attn: Chris Kim, General Manager, Overseas Sales Team Tel.: +82 319-996-037 Email: sool70@naver.com | Trade | | | $275,199.00 |
| 28. Gajra Gears Limited Station Road, Dewas 455-001 Madhya Pradesh India | Attn: Gautam Gajra, President Tel.: +91 989-302-0083 Email: gautam@gajra.com | Trade | | | $268,544.00 |
| 29. Alto Products Corporation One Alto Way Atmore, AL 36502 | Attn: David Landa, President Tel.: 251-368-7717 Email: david.landa@altousa.com | Trade | | | $238,660.00 |
| 30. S-Tec Service Technologies LLC 1400 W. Fuson Road Muncie, IN 47302 | Attn: Aldo Pallisco, Sales Director Tel.: 248-680-3842 Email: aldo.pallisco@magnapowertrain.com | Trade | | | $232,152.00 |
| 31. Diligent 333 N. Sam Houston Parkway E., Suite 1000 Houston, TX 77060 | Attn: Scott Bruder, CSO/EVP, Sales Tel.: 281-854-1317 Email: sbruder@diligentusa.com | Trade | | | $224,334.00 |
| 32. Lubrication Technologies, Inc. 900 Mendelssohn Avenue N. Golden Valley, MN 55427 | Attn: Dan Gregg, Executive Vice President Tel.: 763-417-1309 Email: dangre@lubetech.com | Trade | | | $177,386.00 |
| 33. Superior Transmission Parts – Tallahassee 3770 Hartsfield Road Tallahassee, FL 32303 | Attn: Robert White, Global Sales Manager Tel.: 850-574-2369 x207 Email: bob.stp@comcast.net | Trade | | | $174,625.00 |
| 34. Koyo Bearings USA LLC 29570 Clemens Road P.O. Box 45028 Westlake, OH 44145 | Attn: Charles Kotkowski, Business Manager NA Tel.: 440-788-2377 Email: chuck.kotkowski@jtekt.com | Trade | | | $161,738.00 |
| 35. Chin Chih Metal Industrial Co. 51 Ba Ku Road Sanyi Miaoli, Taiwan | Attn: Kelly, Account Manager Tel.: +86 510-887-09662 Email: kelly@chinchih.com | Trade | | | $161,241.00 |
| 36. Dana Canada Corporation 3939 Technology Drive Maumee, OH 43537 | Attn: Ben Apgar, District Sales Manager Tel.: 419-261-5622 Email: ben.apgar@dana.com | Trade | | | $154,340.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim² If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured³ | Deduction for value of collateral or setoff | Unsecured claim |
| 37. | J.P. Transmission Recycling 1220 Dowdy Ferry Road Hutchins, TX 75141 | Attn: Dennis Corkill, General Manager Tel.: 800-443-8135 Email: dennis@jptransmission.com | Trade | | | $148,819.00 |
| 38. | Precision International 14 Todd Court Yaphank, NY 11980 | Attn: Jon Sallazzo, Vice President, Sales and Marketing Tel.: 631-498-3008 Email: jsollazzo@transmissionkits.com | Trade | | | $142,630.00 |
| 39. | AAL Chem 8075 28th Street S.E. Grand Rapids, MI 49301 | Attn: Kaz Darehshori, President Tel.: 616-247-9851 Email: kaz@aalchem.com | Trade | | | $140,267.00 |
| 40. | Hoerbiger Bernbeurener Straße 17 Schongau, Germany 86959 | Attn: Michael Pfeifer, Sales Account Manager Tel.: +49 886-125-662526 Email: michael.pfeifer@hoerbiger.com | Trade | | | $137,250.00 |
| 41. | ZF Services North America, LLC 777 Hickory Hill Drive Vernon Hills, IL 60061 | Attn: Steve De Tomaso, Account Manager Tel.: 847-478-5866 Email: steve.detomaso@zf.com | Trade | | | $130,176.00 |
| 42. | Federal-Mogul Corporation 27300 W. 11 Mile Road Southfield, MI 48034 | Attn: Doug Chase, Global Business Manager Tel.: 248-354-2694 Email: doug.chase@federalmogul.com | Trade | | | $128,922.00 |
| 43. | Seal Aftermarket Products 2315 S.W. 32nd Avenue Pembroke Park, FL 33023 | Attn: Chris MacLeod, Domestic Sales Manager Tel.: 810-444-5515 Email: chris.macleod@sealsap.com | Trade | | | $124,286.00 |
| 44. | Nuplex 4730 Crittenden Drive, Louisville, KY 40209 | Attn: Todd Yonker, Controller Tel.: 502-375-5305 Email: todd.yonker@nuplex.com | Trade | | | $121,907.00 |
| 45. | North Side Imports 835 New Durham Road Edison, NJ 08817 | Attn: Lynn Oleferuk, Sales Tel.: 888-472-0455, ext. 2251 Email: loleferuk@northsideimports.com | Trade | | | $116,675.00 |
| 46. | Stellar Group 4935 Panther Parkway Seville, OH 44273 | Attn: Justin Archer, President Tel.: 330-769-8484 Email: jarcher@stellargroupinc.com | Trade | | | $116,186.00 |
| 47. | Pipeline Packaging 1421 Piedmont Troy, MI 48083 | Attn: Jim Zuidema, Sales Representative Tel.: 248-743-0248 Email: jzuidema@pipelinepackaging.com | Trade | | | $114,404.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Amount of unsecured claim² If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|
| | | | Total claim, if partially secured³ | Deduction for value of collateral or setoff | Unsecured claim |
| 48. Corporate Transit of America P.O. Box 682909 Franklin, TN 37068-2909 | Attn:  Bryan Jessee, National Sales Manager Tel.:  937-789-7042 Email:  bjessee@gocta.com | Trade | | | $114,064.00 |
| 49. Alabama Bands, Inc. 202 Industrial Drive Muscle Shoals, AL 35661 | Attn:  Jimmy Fuller, Owner Tel.:  256-386-0027 Email: jimmy@alabamabands.net | Trade | | | $112,870.00 |
| 50. Mickey Thompson Tires 4600 Prosper Drive Stow, OH 44224 | Attn:  Lisa, Account Manager Tel.:  330-688-4538 Email: customerservice@mickeythom psontires.com | Trade | | | $111,154.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DACCO Transmission Parts (NY), Inc., | : | Case No. 16-_____ (    ) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

## LIST OF EQUITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT OF DACCO TRANSMISSION PARTS (NY), INC., PURSUANT TO BANKRUPTCY RULES 1007(a)(3) AND 7007.1

DACCO Transmission Parts (NY), Inc. is a wholly-owned subsidiary of DACCO, Incorporated, which is a wholly-owned subsidiary of ETX, Inc., which is a wholly-owned subsidiary of ETX Holdings, Inc., which is a wholly-owned subsidiary of Transtar Industries, Inc., which is a wholly-owned subsidiary of Transtar Group, Inc., which is a wholly-owned subsidiary of Transtar Holding Company, which is a wholly-owned subsidiary of Speedstar Holding Corporation.

As of September 30, 2016, the following corporate entities owned 10% or more of a class of Speedstar Holding Corporation's equity interests.

| Shareholder | Kind of Interest | Percentage of Total Shares |
|---|---|---|
| Friedman Fleischer & Lowe Capital Partners III, L.P. c/o Friedman Fleischer & Lowe, LLC One Maritime Plaza, 22nd Floor San Francisco, CA 94111 | Common Stock | 54.9% |
| Friedman Fleischer & Lowe Parallel Fund III, L.P. c/o Friedman Fleischer & Lowe, LLC One Maritime Plaza, 22nd Floor San Francisco, CA 94111 | Common Stock | 36.4% |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>DACCO Transmission Parts (NY), Inc.</u>

United States Bankruptcy Court for the: <u>Southern</u> District of <u>New York</u>
(State)

Case number (*If known*): <u>16-</u>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors           12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration: <u>List of Equity Holders and Corporate Ownership Statement Pursuant to Bankruptcy Rules 1007(a)(3) and 7007.1</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>11/20/2016</u>                    <u>/s/ Joseph Santangelo</u>
MM / DD / YYYY                                 Signature of individual signing on behalf of debtor

                                               <u>Joseph Santangelo</u>
                                               Printed name

                                               <u>Authorized Signatory</u>
                                               Position or relationship to debtor