CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 655-2532
Facsimile: (212) 655-3332

Attorneys for Silver Point Capital, L.P.,
SPCP Group, LLC and Silver Point Finance, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In Re:                                                                : Chapter 11
                                                                          :
DACCO Transmission Parts (NY), Inc., *et al.*,  : Case No. 16-13245 (MKV)
                                                                          :
               Debtors              :    (Joint Administration Pending)
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases on behalf of Silver Point Capital, L.P., SPCP Group, LLC, and Silver Point Finance, LLC (the "Appearing Parties"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon the undersigned.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand deliver, telephone, fax, email or otherwise, that affect, or may potentially affect, the debtors or the property of the debtors.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the attorney identified herein consent to e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Parties do not, by filing this Notice of Appearance and Request for Service of Papers or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any rights, including (without limitation): (i) the right to have final order in non-core or *Stern* matters entered only by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (ii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Parties are or

[Remainder of Page Intentionally Left Blank]

may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  New York, New York<br>November 28, 2016 | CHAPMAN AND CUTLER LLP<br><br>By: /s/Steven Wilamowsky<br>    Steven Wilamowsky<br>    1270 Avenue of the Americas<br>    New York, NY 10020<br>    Telephone: (212) 655-2532<br>    Facsimile:  (212) 655-3332<br>    wilamowsky@chapman.com<br><br>Attorneys for Silver Point Capital, L.P., SPCP Group, LLC, and Silver Point Finance, LLC |